UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:  Timothy Deshawn Smith                                            Chapter 13
                                                                          Case No. ___
Debtor.

# Chapter 13 Plan

Address:        Debtor   5390 Millers Glen Lane, Memphis, TN 38125

Plan Payment:

Debtor Shall Pay:  $2,768.00    Monthly  By: (X) Direct Pay  jeopardize job
    Or by:  ( ) Payroll Deduction

1. This Plan [Rule 3015.1 Notice]:

   (A) Contains a Non-standard Provision [See provision 19].                              (X) Yes  ( ) No

   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim (X) Yes  ( ) No
       [See provisions 7 and 8].

   (C) Avoids a Security Interest or Lien. [See provision 12].                            ( ) Yes  (X) No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:    ( ) Included in Plan    Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By:  ( ) Debtor Directly  (X) Wage Assignment   ( ) Trustee To:       Monthly Pmt.
   Shelby County Child Support    ongoing payment begins
   (M. McPherson)
                                  Approximate arrearage
                                  ongoing payment begins
                                  Approximate arrearage

5. Priority Claims:                                                                             Monthly Pmt.
   IRS                                              Amount        $25,000.00                    $417.00
                                                    Amount

6. Home Mortgage Claims:    ( ) Paid Directly by Debtor or (X) Paid by Trustee To:              Monthly Pmt.
   Planet Home                  ongoing payment begins   March  2020                            $1,590.00
                                Approximate arrearage   $12,720.00    Interest    0.00%         $212.00
                                ongoing payment begins
                                Approximate arrearage                 Interest

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:    Collateral Value    Interest Rate    Monthly Pmnt.

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Credit Acceptance (2008 GMC Acadia) | $ 11,263.00 | 0.00% | $222.00 |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

   Westgate Resort        Collateral  timeshare
                          Collateral

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| | | | |

11. Student Loan Claims and Other Long Term Claims:

    ( ) Not Provided For    ( ) General Unsecured Creditor
    ( ) Not Provided For    ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:    ( ) _____ ;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

    ( ) Assume    ( ) Reject
    ( ) Assume    ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

    /s/ Jimmy E. McElroy  TN Bar #011908        Date   October 30, 2019
    Debtor's Attorney's Signature

November 1, 2019

910 > May 5, 2017